IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| LEVI RUDDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES GOVERNMENT, *Et Al.*, ) | |
| ) | |
| Defendant. ) | Civil Action No. 5:22 -CV-325-C |

## JUDGMENT

In accordance with the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims in the above-styled and -numbered civil action are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted.

Signed this 13th day of June, 2023.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE